ASHLEY R. AMERIO, ESQ. (SBN 230469)
STEPHEN F. DAVIDS, ESQ. (SBN 105097)
JEFFREY FLETTERICK, ESQ. (SBN 270847)
**AMERIO LAW FIRM P.C.**
1651 Response Road, First Floor
Sacramento, CA 95815
Telephone: (916) 419.1111
Email: ashley@ameriolaw.com
　　　　stephen@ameriolaw.com
　　　　jeff@ameriolaw.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| OLGA CIOBAN-LEONTIY<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>SILVERTHORN RESORT ASSOCIATES, LP, a California Limited Partnership, TWIN ANCHORS MARINE, LTD., a foreign corporation, a VOLVO PENTA OF THE AMERICAS, LLC, a Delaware Limited Liability Company,<br><br>　　　Defendants. | Case No.: 2:17-cv-01626-MCE-CMK<br><br>**ORDER TO AMEND THE COMPLAINT TO DISMISS CURRENT DEFENDANT TWIN ANCHORS MARINE, LTD, AND INSTEAD NAME PROSPECTIVE DEFENDANT WATERWAY HOUSEBOAT BUILDERS, A CANADIAN COMPANY**<br><br>Date: 09/21/2017<br>Time: 2:00 p.m.<br>Courtroom: 7, 14th floor |

Having read and reviewed all papers filed regarding the instant motion, as well as the Notice of Non-Opposition filed on Behalf of Volvo Penta of the Americas, LLC, the Court now grants the motion to amend the Complaint to dismiss Defendant TWIN ANCHORS MARINE, LTD, a Canadian corporation. In addition, the Court also grants the motion to amend the Complaint to add as a defendant Waterway Houseboat Builders, a Canadian business entity. Plaintiff is directed to file its Amended Complaint not later than November 3, 2017.

Plaintiff shall serve Defendant Waterway Houseboat Builders with the Amended Complaint no later than December 23, 2017, with proof of service provided to the Court no later than January 5, 2018.

    IT IS SO ORDERED.

Dated: October 23, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE