ASHLEY R. AMERIO, ESQ. (SBN 230469)
STEPHEN DAVIDS, ESQ. (SBN 105097)
JEFFREY FLETTERICK, ESQ. (SBN 270847)
**AMERIO LAW FIRM P.C.**
1640 Lead Hill Boulevard, Second Floor
Roseville, CA 95661
Telephone: (916) 419.1111
Email: ashley@ameriolaw.com
      stephen@ameriolaw.com
      jeff@ameriolaw.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| OLGA CIOBAN-LEONTIY<br><br>    Plaintiff,<br><br>    v.<br><br>SILVERTHORN RESORT ASSOCIATES, LP, a California Limited Partnership, TWIN ANCHORS MARINE, LTD., a foreign corporation, a VOLVO PENTA OF THE AMERICAS, LLC, a Delaware Limited Liability Company,<br><br>    Defendants. | Case No.: 2:17-cv-01626-MCE-CMK<br><br>**PLAINTIFF AND DEFENDANT VOLVO PENTA OF THE AMERICAS, LLC's STIPULATION TO DISMISS DEFENDANT VOLVO PENTA OF THE AMERICAS, LLC; ORDER THEREON** |

**STIPULATION REGARDING DISMISSAL OF**

**DEFENDANT VOLVO PENTA OF THE AMERICAS, LLC**

It is hereby stipulated and agreed between Plaintiff OLGA CIOBAN-LEONTIY and Defendant VOLVO PENTA OF THE AMERICAS, LLC, ("Volvo Penra") as follows:

Plaintiff and Defendant hereby agree that Plaintiff will dismiss Defendant Volvo Penta from this lawsuit with prejudice in exchange of a waiver of costs.

As a result of the "Stipulation Regarding Dismissal of Defendant Volvo Penta of the Americas, LLC," Plaintiff hereby states to the Court and Defendant SILVERTHORN RESORT ASSOCIATES, LP ("Silverthorn") that Plaintiff is no longer pursuing product liability claims against Volvo Penta and Waterway Houseboat Builders, but rather, is pursuing Silverthorn under theories that do not involve Volvo Penta or Waterway Houseboat Builders.

As a result, Plaintiff is submitting to the Court a motion for good faith settlement for all purposes, including the Court's review of this settlement pursuant to California Code of Civil Procedure ("CCP") sections 877 and 877.6. The result of such a motion being granted forecloses any other Defendant from attempting to keep in this case the settling party, in this case Volvo Penta.

Volvo Penta agrees and stipulates that it will dismiss its cross-claims against *pro se* Defendants Maxsim Leontiy and Dmitri Gaiduchik.

IT IS SO STIPULATED.

Dated: May 31, 2018　　　　　　　　**AMERIO LAW FIRM, P.C.**

**By:　　　/s/　　　**
ASHLEY R. AMERIO, ESQ.
STEPHEN DAVIDS, ESQ.
JEFFREY FLETTERICK, ESQ.
Attorneys for Plaintiffs

Dated: May 31, 2018　　　　　　　　**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

**By:　　　/s/　　　**
ANTHONY E. SONNET, ESQ.
JOCELYN A. JULIAN, ESQ.
JOSEPH A. SALAZAR, ESQ.
Attorneys for Defendants

| | | |
|---|---|---|
| Dated: May 31, 2018 | | **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.** |

**By:** /s/
JAY D. O'SULLIVAN, ESQ.
Attorneys for Defendants

### ORDER OF DISMISSAL WITH PREJUDICE

Based upon Plaintiff and Volvo Penta's Settlement Agreement and Stipulation to dismiss the latter from this lawsuit with prejudice in exchange of a waiver of costs, the Court accepts the Stipulation Regarding Dismissal with prejudice in exchange of a waiver of costs.

IT IS SO ORDERED.

Dated: June 7, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

**STIPULATION REGARDING DISMISSAL OF DEFENDANT VOLVO PENTA OF THE AMERICAS, LLC**

| | |
|---|---|
| 1 | CASE NAME: Cioban-Leontiy v. Silverthorn, etal |
| 2 | COURT: Eastern District of California Court<br>CASE NO.: Case No. 2:17-CV-01626-MCE-CMK |

3      I, Stephanie Kasper, declare that:

4

      I am a citizen of the United States and am over the age of eighteen years and not a party to the within above-entitled action. I am an employee of Amerio Law and my business address is 1640 Lead Hill Boulebard, Second Floor, Roseville, CA 95661.

      On May 31, 2018, I served the within document:

**PLAINTIFF AND DEFENDANT VOLVO PENTA OF THE AMERICAS, LLC'S STIPULATION TO DISMISS DEFENDANT VOLVO PENTA OF THE AMERICAS, LLC; PROPOSED ORDER THEREON**

On the parties in said action addressed as follows: SEE ATTACHED MAILING LIST

☐   **BY ELECTRONIC TRANSMISSION**: Based on a Court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be electronically sent to the persons on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐   **BY MAIL:** I am familiar with my employer's practice for the collection and proceesing of correspondence for mailing with the United States Postal Service and that each day's mail is deposited with the United States Postal Service that same day in the ordinary course of business. On the date set forth above, I served the aforementioned document(s) on the parties in said action by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing on this date, following ordinary business practice, at Roseville, CA, addressed as set forth above.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on May 31, 2018 at Sacramento, CA.

                                                    _____
                                                           Stephanie Kasper

**MAILING LIST**

STIPULATION REGARDING DISMISSAL OF DEFENDANT VOLVO PENTA OF THE AMERICAS, LLC

| | | |
|---|---|---|
| 1 | | |
| 2 | Anthony E. Sonnet, Esq. | Attorneys for Defendant Volvo Penta of Americas, LLC. |
| 3 | Jocelyn A. Julian, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH, LLP<br>633 West 5th Street, Suite 4000 | |
| 4 | Los Angeles, CA 90071<br>Telephone: 916-564-5400 | |
| 5 | Facsimile: 916-564-5444 | |
| 6 | Jay D. O'Sullivan, Esq. | Attorney for Defendant Volvo Penta of the Americas, LLC. |
| 7 | Quintairos, Prieto, Wood & Boyer, P.A.<br>1410 N Westshore Boulevard, Suite 200 | |
| 8 | Tampa, FL 3360733607<br>Telephone: 813-286-8818 | |
| 9 | Facsimile: 813-286-999 | |
| 10 | Joseph A. Salazar, Jr., Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH, LLP | Attorney for Defendant Volvo Penta of the Americas, LLC. |
| 11 | 2020 West El Camino Avenue, Suite 700<br>Sacramento, CA 95833 | |
| 12 | Telephone: 916-564-5400<br>Facsimile: 916-564-5444 | |
| 13 | David R. Hunt, Esq. | Attorney for Silverthorn Resort Associates, LP. |
| 14 | Anderson, McPharlin & Conners, LLP<br>707 Wilshire Boulevard, Suite 4000 | |
| 15 | Los Angeles, CA 9017<br>Telephone: 213-688-0080 | |
| 16 | Facsimile: 213-622-7594 | |

Page 4

**STIPULATION REGARDING DISMISSAL OF DEFENDANT VOLVO PENTA OF THE AMERICAS, LLC**