ASHLEY R. AMERIO, ESQ. (SBN 230469)
STEPHEN F. DAVIDS, ESQ. (SBN 105097)
JEFFREY FLETTERICK, ESQ. (SBN 270847)
**AMERIO LAW FIRM P.C.**
1640 Lead Hill Boulevard, Second Floor
Roseville, CA  95661
Telephone: (916) 419.1111
Email: ashley@ameriolaw.com
 stephen@ameriolaw.com
 jeff@ameriolaw.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| OLGA CIOBAN-LEONTIY<br><br>    Plaintiff,<br><br>    v.<br><br>SILVERTHORN RESORT ASSOCIATES, LP, a California Limited Partnership, WATERWAY HOUSEBOAT BUILDERS, a foreign corporation, VOLVO PENTA OF THE AMERICAS, LLC, a Delaware Limited Liability Company.<br><br>    Defendants. | Case No.:  2:17-cv-01626-MCE-CMK<br><br>**ORDER BASED ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WATERWAY HOUSEBOAT BUILDERS, A FOREIGN CORPORATION** |

Plaintiff's Initial Complaint included a cause of action against Defendant WATERWAY HOUSEBOAT BUILDERS, a foreign corporation ("WATERWAY").  Plaintiff thereafter determined that WATERWAY was a Canadian corporation that is no longer in business.

Therefore, Plaintiff is no longer pursuing product liability claims, or any other claims, pertaining to WATERWAY.  Consequently WATERWAY is hereby dismissed from this litigation with prejudice.

IT IS SO ORDERED.

Dated:  June 7, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE