# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| OLGA CIOBAN-LEONTIY<br><br>Plaintiff,<br><br>v.<br><br>SILVERTHORN RESORT ASSOCIATES, LP, a California Limited Partnership, VOLVO PENTA OF THE AMERICAS, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.: 2:17-cv-01626-MCE-CMK<br><br>**ORDER DROPPING PLAINTIFF'S MOTION TO FILE A SECOND AMENDED COMPLAINT**<br><br>Date: September 20, 2018<br>Time: 2:00 p.m.<br>Dept.: 7<br>Honorable Morrison C. England, Jr. |

Having read and reviewed all papers filed regarding the instant motion, the Court now grants the motion filed by Plaintiff on or about August 9, 2018, and hereby drops for all purposes Plaintiff's previous Motion for leave to file a proposed Second Amended Complaint (Docket No. 33) initially calendared for hearing on June 14, 2018, at 2:00 p.m. The Clerk of Court is therefore directed to terminate said Motion from the Court's docket.

IT IS SO ORDERED.

Dated: August 13, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1
**ORDER DROPPING PLAINTIFF'S MOTION TO FILE A SECOND AMENDED COMPLAINT**