ASHLEY R. AMERIO, ESQ. (SBN 230469)
JEFFREY FLETTERICK, ESQ. (SBN 270847)
**AMERIO LAW FIRM P.C.**
1640 Lead Hill Boulevard, Second Floor
Roseville, CA 95661
Telephone: (916) 419.1111
Email: ashley@ameriolaw.com
jeff@ameriolaw.com

Attorneys for Plaintiff,
OLGA CIOBAN-LEONTIY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| OLGA CIOBAN-LEONTIY,<br><br>Plaintiff,<br><br>v.<br><br>SILVERTHORN RESORT ASSOCIATES, LP, a California Limited Partnership, WATERWAY HOUSEBOAT BUILDERS, a foreign corporation, VOLVO PENTA OF THE AMERICAS, LLC, a Delaware Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01626-MCE-DMC<br><br>**ORDER CONTINUING SILVERTHORN'S MOTION FOR SUMMARY JUDGMENT**<br><br>Courtroom: 7<br><br>Trial date: None |

In accordance with the parties' stipulation to continue Silverthorn's Motion for Summary Judgment against Plaintiff currently scheduled on March 7, 2019, that Motion (ECF No. 105) is hereby continued to March 21, 2019, with briefing deadlines to be calculated on the basis of that continued date.

**IT IS SO ORDERED.**

**Dated: February 4, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE