**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ANTHONY E. SONNETT, SB# 163182
  E-Mail: Anthony.Sonnett@lewisbrisbois.com
JOCELYN A. JULIAN, SB# 173225
  E-Mail: Jocelyn.Julian@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

**QUINTAIROS PRIETO WOOD & BOYER PA**
Jay O'Sullivan, Esq., *Pro Hac Vice*
Jackeline Rodriguez, Esq., *Pro Hac Vice*
E-Mail: Jackeline.Rodriguez@qpwlaw,com
9300 S. Dadeland Boulevard, 4th Floor
Miami, Florida 33156
Telephone: 305.670.1101
Facsimile: 305.670.1161

Attorneys for Cross-Defendant
VOLVO PENTA OF THE AMERICAS, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| OLGA CIOBAN-LEONTIY,<br><br>           Plaintiff,<br><br>     vs.<br><br>SILVERTHORN RESPORT ASSOCIATES, LP a California Limited Partnership, TWIN ANCHORS MARINE, LTD., a foreign corporation, VOLVO PENTA OF THE AMERICAS, LLC, a Delaware Limited Liability Company and DOES 1 through 50, inclusive,<br><br>           Defendants. | CASE NO. 2:17-cv-01626-MCE-DMC<br><br>**ORDER CONTINUING HEARING DATE ON VOLVO PENTA OF THE AMERICAS LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Crtrm.: 7<br><br>[Hon. Morrison C. England, Jr., Courtroom 7, 14th Floor] |

SILVERTHORN RESORT ASSOCIATES, LP, a California Limited Partnership,

    Cross-Complainant,

vs.

DMITRY GAIDUCHIK, MAKSIM LEONTIY, VOLVO PENTA OF THE AMERICAS, LLC, a Delaware Limited Liability Company, and WATERWAY HOUSEBOAT BUILDERS, a foreign corporation,

    Cross-Defendants.

Pursuant to the parties' stipulation to continue the hearing date on Volvo Penta of the Americas, LLC's Motion for Summary Judgment (ECF No. 101), currently scheduled on February 21, 2019, the Motion for Summary Judgment is hereby continued to March 21, 2019, with briefing deadlines to be calculated based on the continued hearing date.

**IT IS SO ORDERED.**

**DATED: February 20, 2019**

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE